IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                               PLAINTIFF

VS.                                   CIVIL ACTION NO.  4:08-cv-100 DPJ-JCS

JAMES E. PORTIS                                              DEFENDANT

### DISMISSAL ORDER

This cause came on the *ore tenus* motion of the United States Attorney to dismiss any pending proceedings in this cause because the Defendant no longer resides in the Southern District of Mississippi.

The Court having considered the motion is of the opinion and so finds as follows:

The Complaint filed in this case is dismissed and the Clerk is hereby directed to close the case.

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2008.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE